UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X

OMORUYI EBOMWONYI and OWOLABI OLOWOOKERE,

                   Plaintiffs,

      -v-

SEA SHIPPING LINE and MAERSK LINES,

                   Defendants.

------------------------------------------------------------------------X

19-CV-11243 (JMF)

ORDER

JESSE M. FURMAN, United States District Judge:

On January 17, 2020, Defendants filed new motions to dismiss the amended complaint under Rule 12(b) of the Federal Rules of Civil Procedure. *See* ECF Nos. 34, 36. In light of that, Plaintiffs' motion to extend the time to file a letter in response to the Court's order entered on December 18, 2019, is DENIED as moot. Plaintiffs shall file a single opposition to both of the new motions to dismiss by **February 28, 2020**. Defendants' replies, if any, are due by **March 13, 2020**. At the time any reply is served, the moving party shall supply the Court with one, double-sided courtesy hard copy of all motion papers by mailing or delivering them to the United States Courthouse, 40 Centre Street, New York, New York.

The Clerk of Court is directed to terminate ECF No. 33 and to mail a copy of this Order to Plaintiffs.

     SO ORDERED.

Dated: January 21, 2020
       New York, New York

                                           JESSE M. FURMAN
                                           United States District Judge