

**BETANCOURT VAN HEMMEN GRECO & KENYON LLC**

**New Jersey** 151 Bodman Place, Suite 200, Red Bank, NJ 07701
Telephone: 732.530.4646  Telefax: 732.530.9536

**New York** 75 South Broadway – 4th Floor, White Plains, NY 10601
Telephone: 914.997.1100  Telefax: 914.997.1101

August 31, 2020

> Application GRANTED.  This case is dismissed with prejudice for the reasons stated herein and in accordance with the Court's July 21, 2020 Opinion and Order.  ECF No. 52.  The Clerk of Court is directed to enter judgment in favor of Defendants, close this case, and mail a copy of this endorsed letter to Plaintiff.  SO ORDERED.
>
> /s/ Jesse M. Furman
>
> September 3, 2020

<u>Via ECF</u>

Hon. Jesse M. Furman, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: Ebomwonyi v. Sea Shipping Line and Maersk Lines
<u>U.S.D.C. S.D.N.Y.  Case No. 19-cv-11243 (JMF)</u>

Hon. Judge Furman:

We represent A.S.A. Management Corp. d/b/a Sea Shipping Line ("SSL") in the above referenced matter.

On July 21, 2020, this Court entered an Order dismissing all of plaintiff's claims against defendants Maersk Lines and SSL, but granting leave to plaintiff Ebomwonyi to "file any Second Amended Complaint addressing his beach-of-contract claim within **thirty days** of the date of this Opinion and Order."  Thus, plaintiff Ebomwonyi had through and including August 20, 2020 to file a Second Amended Complaint.  That date has passed and plaintiff Ebomwonyi has failed to file a Second Amended Complaint in this action.

The Court's July 21, 2020 Order went on to state, "[s]hould Ebomwonyi fail to file a Second Amended Complaint by that date, the Court will dismiss the breach-of-contract claim for failure to state a claim."

Accordingly we respectfully request that the plaintiff's breach-of-contract claim be dismissed and that this case be closed.

Respectfully submitted,

/s/

John Greco

cc: Mr. Omoruyi Ebomwonyi 1007 Laurel Oak Trail, Pflugerville, TX 78660
Mr. Owolabi Olowookere 9916 Deer Chase Trail, Austin, TX 78747

www.bvgklaw.com