**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
OMORUYI EBOMWONY and OWOLABI
OLOWOOKERE,

                Plaintiffs,                            19 **CIVIL** 11243 (JMF)

       -against-                               **JUDGMENT**

SEA SHIPPING LINE and MAERSK LINES,
                Defendants.
-----------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memo-Endorsed Order dated September 3, 2020, application granted; this case is dismissed with prejudice for he reasons states herein and in accordance with the Court's July 21, 2020 Opinion and Order; (ECF No. 52; judgment is entered in favor of Defendants, and this case is closed.

**Dated:**  New York, New York
           September 4, 2020

                                                    **RUBY J. KRAJICK**
                                                      _____
                                                           Clerk of Court
                                 **BY:**
                                                          _____
                                                           Deputy Clerk